[No. 18276-2-III.    Division Three.    January 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAR R. WREN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-8-01743-7, Royce Moe, J. Pro Tem., entered January 21, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 18407-2-III.    Division Three.    January 18, 2000.]

THOMAS M. GRIFFITHS, ET AL., *Appellants*, v. TRUSTEES OF CARPENTERS LOCAL UNION NO. 98 OF THE UNITED BROTHERS OF CARPENTERS AND JOINERS OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-01832-8, Linda G. Tompkins, J., entered May 11, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 42915-9-I.    Division One.    January 18, 2000.]

CLAUDINE BUFORD, *Individually and as Guardian, Appellant*, v. GROUP HEALTH COOPERATIVE OF PUGET SOUND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-27861-1, Jim Bates, J., entered June 17, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Ellington, JJ.

[No. 43344-0-I.    Division One.    January 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN C. LEATHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00121-1, Charles S. French, J., entered October 8, 1998. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, A.C.J., and Appelwick, J. Now published at 100 Wn. App. 318.